1 | Lynn Hubbard, III, SBN 69773
2 | Scottlynn J Hubbard, IV, SBN 212970
3 | **Law Offices of Lynn Hubbard**
12 Williamsburg Lane
4 | Chico, CA 95926
5 | Telephone: (530) 895-3252
Facsimile: (530) 894-8244

7 | Attorney for Plaintiff Lary Feezor

9 | Cris C Vaughan, SBN 99568
10 | **Vaughan & Associates**
6207 South Walnut, Suite 800
11 | Loomis, CA  95650
12 | Telephone: (916) 660-8401
Facsimile: (916) 788-1159

14 | Attorney for Defendant Young Stone, Inc.

16 | THE UNITED STATES DISTRICT COURT
17 | FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lary Feezor | No. CIV.S-07-02126-MCE-CMK |
| Plaintiff, | **Stipulation Deeming Defendant Young Stone, Inc.'s Answer to Complaint as Responsive to Plaintiff's Amended Complaint and [Proposed] Order** |
| vs. | |
| Young Stone, Inc., et al. | |
| Defendants. | |

Plaintiff, Lary Feezor ("Plaintiff") and defendant, Young Stone, Inc. ("Defendant"), by and through their counsel of record, hereby stipulate as follows:

1. Defendant was personally served with the Complaint on October 24, 2007;

2. Plaintiff filed an Amended Complaint on November 5, 2007;

3. Defendant, unaware of the filing of the Amended Complaint, filed its answer on November 14, 2007;

4. All parties now are now in possession of and have read the Amended Complaint.

5. As such, the parties hereby stipulate that Defendant's answer filed on November 14, 2007 shall be deemed responsive to Plaintiff's First Amended Complaint.

Dated: November 19, 2007    LAW OFFICES OF LYNN HUBBARD

 */s/ Lynn Hubbard, III, Esquire*
LYNN HUBBARD, III
Attorney for Plaintiff Lary Feezor

Dated: November 14, 2007    VAUGHAN & ASSOCIATES

 */s/ Cris C. Vaughan, Esquire*
CRIS C. VAUGHAN
Attorney for Defendant Young Stone, Inc.

*Feezor v. Young Stone, Inc., et al.*   CIV.S-07-02126-MCE-CMK
Stipulation Deeming Defendant's Answer to Complaint Responsive to Plaintiff's Amended Complaint

## **ORDER**

Having read the foregoing stipulation, the Court grants the parties' request and deems Defendant Young Stone, Inc.'s November 14, 2007 answer responsive to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

Date:  November 27, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE