1  Lynn Hubbard, III, SBN 69773
2  Scottlynn J Hubbard, IV, SBN 212970
   **DISABLED ADVOCACY GROUP, APLC**
3  12 Williamsburg Lane
   Chico, Ca 95926
4  530.895.3252

5  Attorneys for Plaintiff

6

7

8              THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  LARY FEEZOR,                    Case No. CIV.S-07-02126-MCE -
                                    CMK
14       Plaintiff,

15       vs.                        **Substitution of Attorneys and
                                    Order Thereon**
16  YOUNG STONE, INC. dba
17  LYON'S RESTAURANT; SAN
    JOAQUIN VALLEY LAND
18  COMPANY, IV, LLC,

19
         Defendants.
20  _____

21

22

23

24

25

26

27

28

- 1 -

Plaintiff, Lary Feezor, hereby substitutes the DISABLED ADVOCACY GROUP, APLC, 12 Williamsburg Lane, Chico, California 95926, telephone number (530) 895-3252, facsimile (530) 894-8244, email address usdceast@hubslaw.com, as attorneys of record in place and stead of THE LAW OFFICES OF LYNN HUBBARD.

I consent to the substitution.
Dated: January 14, 2008

                              */s/ Lary Feezor*
                              LARY FEEZOR

I consent to the substitution.
Dated: January 14, 2008  LAW OFFICES OF LYNN HUBBARD

                              */s/ Lynn Hubbard, III*
                              LYNN HUBBARD, III

I consent to the substitution.
Dated: January 14, 2008       DISABLED ADVOCACY GROUP, APLC

                              */s/ Lynn Hubbard, III*
                              LYNN HUBBARD, III

**ORDER**

     IT IS SO ORDERED.

DATED: January 30, 2008

                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE