LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CALIFORNIA 95926
Telephone:  (530) 895-3252
Facimile:     (530) 894-8244

Attorneys for Plaintiff, Lary Feezor

JULIE RANEY, SBN 176060
**MCDONOUGH HOLLAND & ALLEN PC**
555 CAPITOL MALL, 9TH FLOOR
SACRAMENTO, CALIFORNIA  95814
Telephone:  (916) 444-3900
Facimile:     (916) 444-3249

Attorney for Defendant, San Joaquin Valley Land Company, IV, LLC

CHRIS VAUGHAN, SBN 99568
**VAUGHAN & ASSOCIATES**
SOUTH WALNUT STREET SUITE 800
LOOMIS, CALIFORNIA 95650
Telephone:  (916) 660-9401
Facimile:     (916) 660-9378

Attorney for Defendant, Young Stone, Inc. dba Lyon's Restaurant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. CIV. S-07-02126-MCE-CMK |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL; ORDER** |
| YOUNG STONE, INC. dba LYON'S RESTAURANT;  SAN JOAQUIN VALLEY LAND COMPANY, IV, LLC, | |
| Defendants. | |
| _____/ | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between Plaintiff, LARY FEEZOR, and Defendants, YOUNG STONE, INC. dba LYON'S RESTAURANT, and SAN JOAQUIN VALLEY LAND COMPANY, IV, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: November 24, 2008         DISABLED ADVOCACY GROUP, APLC

　　　　　　　　　　　　　　　　  /s/  Lynn Hubbard III
　　　　　　　　　　　　　　　　 LYNN HUBBARD, III
　　　　　　　　　　　　　　　　 Attorney for Plaintiff, LARRY FEEZOR

Dated: November 24, 2008         MCDONOUGH HOLLAND & ALLEN PC

　　　　　　　　　　　　　　　　  /s/  Julie Raney
　　　　　　　　　　　　　　　　 JULIE RANEY
　　　　　　　　　　　　　　　　 Attorney for Defendant, SAN JOAQUIN
　　　　　　　　　　　　　　　　 VALLEY LAND COMPANY, IV, LLC

Dated: November 24, 2008         VAUGHAN & ASSOCIATES

　　　　　　　　　　　　　　　　  /s/  Chris Vaughan
　　　　　　　　　　　　　　　　 CHRIS VAUGHAN,
　　　　　　　　　　　　　　　　 Attorney for Defendant, YOUNG STONE, INC.
　　　　　　　　　　　　　　　　 dba LYON'S RESTAURANT

**ORDER**

IT IS HEREBY ORDERED that the complaint of Plaintiff, USDC Case No. CIV. S-07-2126-MCE-CMK, is hereby dismissed with prejudice.

Dated: December 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com